FILED
Nov 12 12 27 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA RODRIGUEZ, suing as the mother and next friend of ANGEL RODRIGUEZ | : <br> : <br> : NO. 3:02CV1521(PCD) |
| VS. | : |
| POLICE OFFICER PARIS and POLICE OFFICER KING | : <br> : NOVEMBER 11, 2003 |

**PLAINTIFFS' MOTION TO EXTEND DEADLINE
FOR FILING TRIAL PREPARATION ORDER**

Pursuant to Local Rule 9(b)2, the plaintiffs respectfully request that the Court revise its current order and require the parties to commence the filing of the Trial Preparation Motion (Part A-C) thirty (30) days after the date of the Court's decision on defendants' Motion for Summary Judgment, which is pending at the present time.

Under the current Order, Part A of the Trial Preparation Order is due on November 13, 2003.

Plaintiff's counsel contacted the defendants' counsel, who joins in this request.

FILED
Nov 12  12 27 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA RODRIGUEZ, suing as the mother and next friend of ANGEL RODRIGUEZ | : <br> : <br> :  NO. 3:02CV1521(PCD) |
| VS. | : |
| POLICE OFFICER PARIS and POLICE OFFICER KING | : <br> :  NOVEMBER 11, 2003 |

## PLAINTIFFS' MOTION TO EXTEND DEADLINE FOR FILING TRIAL PREPARATION ORDER

Pursuant to Local Rule 9(b)2, the plaintiffs respectfully request that the Court revise its current order and require the parties to commence the filing of the Trial Preparation Motion (Part A-C) thirty (30) days after the date of the Court's decision on defendants' Motion for Summary Judgment, which is pending at the present time.

Under the current Order, Part A of the Trial Preparation Order is due on November 13, 2003.

Plaintiff's counsel contacted the defendants' counsel, who joins in this request.

THE PLAINTIFFS

BY *[signature]*
Katrena Engstrom
Fed. Bar No. ct09444
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Telephone: (203) 562-9931
FAX: (203) 776-9494
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on November 11, 2003, to the following counsel of record:

Attorney Barbara Brazzel-Massaro
Associate City Attorney
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604

*[signature]*
Katrena Engstrom