021521 M EXTTIME

31

FILED
Nov 12 12 27 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA RODRIGUEZ, suing as the mother and next friend of ANGEL RODRIGUEZ | : | NO. 3:02CV1521(PCD) |
| VS. | : | |
| POLICE OFFICER PARIS and POLICE OFFICER KING | : | NOVEMBER 11, 2003 |

FILED
Nov 19 8 51 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**PLAINTIFFS' MOTION TO EXTEND DEADLINE FOR FILING TRIAL PREPARATION ORDER**

Pursuant to Local Rule 9(b)2, the plaintiffs respectfully request that the Court revise its current order and require the parties to commence the filing of the Trial Preparation Motion (Part A-C) thirty (30) days after the date of the Court's decision on defendants' Motion for Summary Judgment, which is pending at the present time.

Under the current Order, Part A of the Trial Preparation Order is due on November 13, 2003.

Plaintiff's counsel contacted the defendants' counsel, who joins in this request.

November 17, 2003. Granted. The TPO compliance dates will be reset on ruling on the motion for summary judgment. SO ORDERED. USDJ