UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA RODRIGUEZ : | |
| : | |
| vs. : | CIVIL NO. 3:02CV1521 (PCD) |
| : | |
| C. PARIS, ET AL. : | |
| : | |

**AMENDED TRIAL PREPARATION ORDER**

Dated at New Haven, Connecticut:   February 9, 2004

Pursuant to the Trial Preparation Order issued October 23, 2003, document no. 30, the deadlines are modified as follows:

Section A:   **February 19, 2004**

Section B:   **February 26, 2004**

Section C:   **March 4, 2004**
**at which time this case shall be deemed ready for trial.**

**Non-compliance with the above dates by counsel can result in an automatic dismissal or default of the above-captioned case.**

                    /s/
Peter C. Dorsey, Senior Judge
United States District Court