UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA RODRIGUEZ, suing as the mother and next friend of ANGEL RODRIGUEZ | : : : : | |
| | : | NO. 3:02CV1521(PCD) |
| VS. | : : | |
| C. PARIS and F. KING | : : | FEBRUARY 13, 2004 |

**NOTICE OF SERVICE OF PART A OF
TRIAL PREPARATION ORDER**

    A copy of Part A of the Trial Preparation Order was mailed to defense counsel Attorney Barbara Brazzel-Massaro, Associate City Attorney, 999 Broad Street, 2nd Floor, Bridgeport, CT 06604, on the date above stated.

THE PLAINTIFF

BY:_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@jjohnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

A copy hereof was mailed on the date above stated to Attorney Barbara Brazzel-Massaro, Associate City Attorney, 999 Broad Street, 2nd Floor, Bridgeport, CT 06604.

_____
JOHN R. WILLIAMS