FILED

MAR 5  2 47 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA RODRIGUEZ, suing as the mother and next friend of ANGEL RODRIGUEZ | : |
| Plaintiff, | : CIV. NO. 3:02CV1521 (PCD) |
| vs. | : |
| POLICE OFFICER PARIS and POLICE OFFICER KING | : |
| Defendants | : MARCH 3, 2004 |

### NOTICE OF COMPLIANCE

The Defendants, C. Paris and E. King, hereby give notice that they have complied with Part B. of the Court's Trial Preparation Order.

THE DEFENDANTS

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Telephone #203/576-7647
Fed. Bar No. 05746

BMF04054                              1

## CERTIFICATION

This is to certify that a copy of the foregoing "Notice of Compliance" has been mailed, postage, on this 3RD day of March, 2004, to:

**John Williams, Esq.**
**Katrena Engstrom, Esq.**
**Williams and Pattis**
**51 Elm Street, Suite 409**
**New Haven, CT  06510**

*Barbara B. [signature]*
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF04054                                2