UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA RODRIGUEZ, suing as the mother and next friend of ANGEL RODRIGUEZ | : : : | |
| | : | NO. 3:02CV1521(PCD) |
| VS. | : : | |
| C. PARIS and F. KING | : : | MARCH 8, 2004 |

### PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

    1.  This is a lawsuit for civil rights violations brought by a citizen against police officers. Is there any reason why you would have difficulty being completely neutral and fair in deciding this case if you are chosen to serve on the jury?

    2.  Is there anyone here who would prefer not to sit on a jury concerning a case of this kind?

    3.  Does anyone here feel for any reason that citizens who believe that they have been treated illegally and unfairly should not bring suit against police officers? If so, please explain.

    4.  Have you or anyone close to you ever been employed as a policeman or by any law enforcement agency in any capacity? If so, please explain.

    5.  Have you or anyone close to you ever been employed by any municipality in the State of Connecticut?

6. Has anyone here or anyone close to you ever been employed by any other Governmental unit in the State of Connecticut or elsewhere?

7. Do you know or have you read anything or heard anything about this case, the plaintiff or the defendants or any of the lawyers involved in the case?

8. Has anyone here ever served as an appointed or elected official of state, city or local Government?

9. Has anyone here or anyone close to you ever been involved in any political campaigns or elections in the State of Connecticut?

10. Has anyone here or any close to you ever been employed by an attorney?

11. Would you for any reason tend to favor one side or the other in this case or in regard to the evidence which may be presented?

12. Other things being equal, would you tend to trust or believe the testimony of a police officer more or less than that of an ordinary citizen merely because the testimony came from a police officer?

13. Does anyone here have any feeling that the testimony of a police officer is entitled to greater or lesser weight or believability than that of a civilian?

14. Have you or anyone close to you ever been the victim of a crime?

15. Does anyone here belong to any club or organization which in any way is interested in the enforcement or the change of any law or laws or which is in any other way concerned with policemen or law enforcement?

16. Have you or anyone close to you ever been arrested?

17. Has anyone here ever witnessed an arrest?

18. Have you, or has anyone close to you, ever been a party to a lawsuit? If so,

please explain.

19. Where are you employed?

20. If you are married, is your spouse connected in any way with any police department or other law enforcement agency or is he or she employed by any municipality?

          THE PLAINTIFF


BY:_____
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203/562-9931
      FAX: 203/776-9494
      E-Mail: jrw@jjohnrwilliams.com
      Her Attorney

CERTIFICATION OF SERVICE

A copy hereof was mailed on the date above stated to Attorney Barbara Brazzel-Massaro, Associate City Attorney, 999 Broad Street, 2nd Floor, Bridgeport, CT 06604.


_____
JOHN R. WILLIAMS