UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIA RODRIGUEZ, suing as the :
mother and next friend of :
ANGEL RODRIGUEZ :
 :
           Plaintiff, : CIV. NO. 3:02CV1521 (PCD)
 :
vs. :
 :
POLICE OFFICER PARIS and :
POLICE OFFICER KING :
 :
           Defendants : MAY 4, 2004

## VOIR DIRE QUESTIONS

1. This is a lawsuit for civil rights violations brought by a citizen against officers of the Bridgeport Police Department. Is there any reason why you would have difficulty being completely neutral and fair in deciding this case if you are chosen to serve on the jury?

2. Is there anyone here who would prefer not to sit on a jury concerning a case of this kind, namely a civil rights case, in which a private citizen is suing a member of the Bridgeport Police Department?

BMF04079                                    1

3.  Does anyone here feel for any reason that citizens who believe that they have been treated illegally and unfairly should not bring suit against police officers? If so, please explain.

4.  Have you or anyone close to you ever been employed as a policeman or by any law enforcement agency in any capacity? If so, please explain.

5.  Have you or anyone close to you ever been employed by any municipality in the State of Connecticut?

6.  Has anyone here or anyone close to you ever been employed by any other Governmental unit in the State of Connecticut or elsewhere?

7.  Do you know or have you read anything or heard anything about this case, the plaintiff or the defendant or any of the lawyers involved in the case?

8.  Has anyone here ever served as an appointed or elected official for the State, City or local Government?

9.  Because the defendants are Bridgeport police officers, would you tend to favor one side or the other in this case or in regard to the evidence which may be presented?

10. Other things being equal, would you tend to trust or believe the testimony of a police officer over that of an ordinary citizen merely because the testimony came from a police officer?

BMF04079                                    2

11. Does anyone here have any feeling that the testimony of a police officer is entitled to greater or lesser weight or believability that of a civilian?

12. Have you or anyone close to you ever been the victim of a crime?

13. Does anyone here belong to any club or organization which is in anyway interested in the enforcement or the change of any law or laws or which is in any way concerned with policemen or law enforcement?

14. Have you or anyone close to you ever been arrested?

15. Has anyone here ever witnessed an arrest?

16. Have you, or has anyone close to you, ever been a party to a lawsuit? If so, please explain.

17. If you are married, is your spouse connected in any way with any police department or other law enforcement agency or is he or she employed by any municipality?

18. If you have been arrested and/or issued a summons by a police officer or any member of your immediate family or close personal friends, would that affect your ability to be a fair and impartial juror in this case which involves police officers?

19. Have you or any of your relatives and/or close personal friends ever made any complaints against any member of a law enforcement agency or against the agency itself?

20. Have you or any relative and/or close personal friend ever made a complaint against any municipal or governmental official and/or employee?

21. Have you ever brought suit against a municipality or a municipal official and/or employee seeking to recover money damages?

22. Have you ever sat on a jury where a police officer or any other municipal official has been charged with wrongdoing?

23. Do you have any personal dislike or animosity to authority, which would make you feel that you could not render a fair and impartial verdict?

24. Do you believe that merely because the plaintiff has brought the suit he has some advantages or is more credible than the defendants?

25. Do you have any feelings, pro or con, concerning the City of Bridgeport, its police department or any other department, which might cause you to be anything less than fair in deciding this case?

26. Have you or any member of your family been involved with assisting police for purposes of laws of drug enforcement?

27. Are you or any member of your family employed, or have had experience in assisting people with drug or alcohol problems?

28. Have you been involved in any programs aimed at assigning juveniles with drug or alcohol problems?

29. Have you had young family members who have been arrested or in a juvenile facility?

                                              THE DEFENDANTS

By: *Barbara B. Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Tel: #203/576-7647
Fed. Bar #05746

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 4th day of May, 2004, to:

John R. Williams, Esq.
51 Elm Street, Suite 409
New Haven, CT 0610

_____
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF04079                              6