FILED

SEP 28  3 23 PM '04

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA RODRIGUEZ, suing as the mother and next friend of ANGEL RODRIGUEZ : : : | NO. 3:02CV1521(PCD) |
| VS. : | |
| POLICE OFFICER PARIS and POLICE OFFICER KING : : | SEPTEMBER 28, 2004 |

### PLAINTIFFS' MOTION FOR ORDER

The plaintiff, ANGEL RODRIGUEZ, respectfully requests that he be permitted to wear street clothes and be free of shackles during his civil trial, which is schedule to commence Wednesday, October 6 and continue thereafter.

The plaintiff is nineteen (19) years old, and he is currently serving a two (2) year sentence at Manson Youth Institution on a larceny conviction.

His parents are planning to attend the trial and his mother is a witness. The plaintiff is not a flight risk.

His current conviction concerns a criminal charge which is not related to the pending civil action, and he would be prejudiced before the jury if he was required to attend in his prison garb and in shackles.

WHEREFORE, for the reasons set forth above, the plaintiff requests the opportunity to appear in street clothes during the trial.

THE PLAINTIFFS

BY: *[signature]*
Katrena Engstrom
Fed. Bar No. ct09444
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Telephone: (203) 562-9931
FAX: (203) 776-9494
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on September 28, 2004, to the following counsel of record:

Attorney Barbara Brazzel-Massaro
Associate City Attorney
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604

*[signature]*
Katrena Engstrom