FILED

Oct  1  11 59 AM '04

UNITED STATES DISTRICT COURT  DISTRICT COURT
NEW HAVEN, CONN

DISTRICT OF CONNECTICUT

MARIA RODRIGUEZ, suing as        :
the mother and next friend of    :
ANGEL RODRIGUEZ                   :
                                 :        NO. 3:02CV1521(PCD)
VS.                              :
                                 :
C. PARIS and                     :
F. KING                          :        SEPTEMBER 30, 2004

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Plaintiff Angel Rodriguez, through the undersigned attorney, respectfully requests that a writ of habeas corpus ad testificandum be ordered so that the plaintiff may be present and testify in a civil suit he has filed. The plaintiff makes this request pursuant to 28 U. S. C. §2241(c)(5).

In support of this petition, the plaintiff states the following facts:

1.    A complaint was filed by the plaintiff on August 22, 2002, alleging that the defendants applied excessive force during an arrest in Bridgeport, Connecticut.

2.    On the same date, John R. Williams, Esq. appeared as an attorney on behalf of the plaintiff.

3.    Trial will commence before Honorable Peter C. Dorsey on Wednesday, October 6, 2004.

WHEREFORE, for the foregoing reasons, the plainitiff respectfully requests that his motion be granted.

THE PLAINTIFF

KATRENA ENGSTROM
Fed. Bar No. ct09444
Williams and Pattis, LLC
51 Elm St., Suite 409
New Haven, CT 06510
(203) 562-9931

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on September 30, 2004, to the following counsel of record:

Attorney Barbara Brazzel-Massaro
Associate City Attorney
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604

Katrena Engstrom