FILED

Oct 4  2 27 PM '04

UNITED STATES DISTRICT COURT
NEW HAVEN CONN

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA RODRIGUEZ, suing as the mother and next friend of ANGEL RODRIGUEZ | : | |
| | : | NO. 3:02CV1521(PCD) |
| VS. | : | |
| C. PARIS and F. KING | : | OCTOBER 4, 2004 |

### PLAINTIFF'S MOTION IN LIMINE

Plaintiff, ANGEL RODRIGUEZ, respectfully requests that the Court preclude admission of exhibits or testimony concerning arrests and convictions of the plaintiff, with the exception of the arrest involved in the instant case for the following reasons:

1. Plaintiff was the subject of a juvenile court matter preceding the incident on October 11, 2000, which was confidential in nature. He was fifteen (15) in 2000.

2. Plaintiff was arrested for attempted larceny on several occasions after this incident in October, 2000, and is presently serving a two (2) year sentence.

This evidence is not relevant to the claims or defenses concerning the excessive force claim at issue in this case; it will serve only to prejudice the jury

and assist the defendants in labeling the plaintiff as a bad apple, and not qualified to request or obtain redress for his claims against the defendants.

Last week, the Second Circuit reviewed a criminal conviction for sale of illegal drugs in U. S. V. Sampson, and concluded that it was improper to permit evidence of the defendant's later arrests on the same basis. 2004WL2165151 (9/28/04)  In this case, the defendant seeks to use the evidence not to establish any defense to their conduct, but simply to label the plaintiff and prejudice him in the eyes of the jury.

WHEREFORE, for the reasons set forth above, plaintiff requests that the defendants should be precluded from presenting evidence of the plaintiff's juvenile matter prior to October, 2000, and his subsequent arrests and convictions.

THE PLAINTIFF

KATRENA ENGSTROM
Fed. Bar No. ct09444
Williams and Pattis, LLC
51 Elm St., Suite 409
New Haven, CT 06510
(203) 562-9931

## CERTIFICATION

This is to certify that a copy of the foregoing was hand delivered, on October 4, 2004, to the following counsel of record:

Attorney Barbara Brazzel-Massaro
Associate City Attorney
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604

_____
Katrena Engstrom