UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA RODRIGUEZ, suing as the mother and next friend of ANGEL RODRIGUEZ | : | |
| Plaintiff, | : | CIV. NO. 3:02CV1521 (PCD) |
| vs. | : | |
| POLICE OFFICER PARIS and POLICE OFFICER KING | : | |
| Defendants | : | OCTOBER 1, 2004 |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ORDER

On September 28, 2001, the Plaintiff filed a motion with this Court to allow him to appear in Court in street clothes and free of shackles. The Plaintiff contends that he is only serving time for a larceny and, therefore, is not a flight risk and he will be prejudiced by the clothing and shackles.

The Defendants contend that neither argument is correct because the larceny involved an attempt to evade the police and the Defendants intend to inquire as to the Plaintiff's criminal arrest and prosecution (see Exhibit "A" – Incident Report).

BMF04137

1

Therefore, the Defendants object to the Plaintiff's request.

THE DEFENDANTS

BY: *Barbara B Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street, 2nd Floor
Bridgeport, CT 06604
Phone #203/576-7647
Fed. Bar #05746

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 1st day of October, 2004, to:

John R. Williams, Esq.
51 Elm Street, Suite 409
New Haven, CT 0610

*Barbara B Massaro*
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF04137                                          2

# DEPARTMENT OF POLICE
## BRIDGEPORT, CONNECTICUT
### INCIDENT REPORT

| # | Field | Value |
|---|---|---|
| 1 | Incident Number | 020808-142 |
| 2 | Investigative Case No. | |
| 3 | Type of Crime / Incident | Stolen - MV |
| 4 | Code | 0801 |
| 5 | Dispatched | M:08 D:08 Y:02 T:1315 |
| 6 | On Scene | M:08 D:08 Y:02 T:1315 |
| 7 | Time of Occurrence | M:08 D:08 Y:02 T:1315 |
| 8 | Dispatched To | P.T. Barnum Bldg #8 |
| 9 | Location of Crime / Incident | P.T. Barnum Bldg #8 |
| 10 | Type of Premises | Street |
| 11 | Sector | Blue |

### Individuals

| 29. Name | 30. DOB/Age | 31. Address | 32. Telephone |
|---|---|---|---|
| Arresting Officer | — | 300 Congress St. - Bpt | (BS) 576-7702 (R) |

### Suspect #1
- **34. Name:** Rodriguez, Angel
- **35. May Be Located At:** 48 Bell St. - Bpt
- **36. Description:** Hisp male 5'8", 150 lbs. Gry swt shirt, blk pants. Blk hair w/ dreads
- **DOB:** 09-05-85
- **37. Arrested:** ☒ Yes ☐ No

### Vehicle
- **38. Vehicle Status:** ☒ Recovered
- **39. Make/Model:** Hond / Accord
- **40. Year:** 1997
- **41. Type:** 4dr
- **42. Colors:** White
- **44. License Plate No. & Registration:** CT 187-GZW Type PASS
- **45. Property Description & Identifying Information:** 1HGCD5635VA014513

### 55. Narrative:

While on patrol assigned to unit B-14, R/O was in a marked patrol vehicle at P.T. Barnum Building #8 and observed a white vehicle operated by a hispanic male wearing gray colored swt shirt, and light colored do-rag identified as (S) Angel Rodriguez. Rodriguez was in front of building #8 and while in the vehicle began to "screech" the tires in the lot. Upon observing Rodriguez R/O proceeded to see him exit the housing project

**61. Reporting Officer(s):** C/O D. Martinez
**CAD #:** 683  **Sect.:** B14
**62. Required Follow-up/Recommendations:** Robbery Unit / Prosecutor
**63. Supervisor Review:** [signature]

Page 1 of 1

# DEPARTMENT OF POLICE
## BRIDGEPORT, CONNECTICUT
# SUPPLEMENTAL REPORT

1. REPORT TYPE: (X) NARRATIVE CONTINUATION  ( ) ADDITIONAL INFORMATION  ( ) INVESTIGATIVE PROGRESS  ( ) CLEAR UP/RECOVERED PROPERTY
2. OFFENSE / INCIDENT: Stolen MV
3. LOCATION OF OFFENSE (House No. and Street): P.T. Barnum Bldg #8
4. VICTIMS NAME:
5. DATE OF OCCURRENCE: 08-08-02
6. VICTIM'S ADDRESS:
7. INCIDENT NO.: 142
8. INVESTIGATIVE CASE NO.:

BLOCK #

onto Bird St. R/o now on Bird St. observed the vehicle to be bearing CT 187-GZW and checked the vehicles registration with radio. R/o was advised at that time that the plate 187-GZW was a stolen vehicle belonging on a white Honda Accord 4dr registered to Kaminsky, Francis of 259 Wilson St., Waterbury. As the vehicle continued on Bird, Rodriguez proceeded to Albion St. where he failed to stop for the posted sign at Albion and Spruce St. Upon observing this R/o now radioed of my intent to stop Rodriguez utilizing lights and siren. As R/o was behind Rodriguez he continued from Albion St. onto Fairfield Ave. eastbound and failed to stop for R/o. Fairfield Ave at this time was congested with heavy traffic due to contruction at Fairfield and Railroad Ave. Once on Fairfield, Rodriguez observing the traffic in front of him, crossed the divided highway traveling the wrong way on Fairfield east on the west-bound side. Rodriguez continued to go around vehicles in traffic failing to stop for the T.C. Signals at Railroad Ave. and at State St. ext. Rodriguez proceeded now to turn north on State St. ext and continued to Ash St. where he continued to disregard R/o's attempts at stopping him. Rodriguez continued down Ash St in his efforts to elude R/o and traveled now onto Mountain Grove St. At that time R/o was notified by C.A.D. Sgt. Bigelow to discontinue my attempt to stop Rodriguez at which time I acknowledged him and notified radio that I last saw Rodriguez travel across Fairfield Ave to State St. with out stopping for the posted stop signs at either intersection.
  R/o now patroling on State St east was notified by the overtime Officer - Off.- Burka that he observed Rodriguez travel onto Butler Ave. R/o proceeded to Butler where I was

9. REPORTING OFFICER: P/o D. Martinez #693
10. DATE REPORT PREPARED: 8/8/02
PAGE 2 OF 4
11. SUPERVISOR'S REVIEW: [signature] #602
( ) CONCUR    RECOMMEND

# DEPARTMENT OF POLICE
## BRIDGEPORT, CONNECTICUT
# SUPPLEMENTAL REPORT

**1. REPORT TYPE:** (X) NARRATIVE CONTINUATION ( ) ADDITIONAL INFORMATION ( ) INVESTIGATIVE PROGRESS ( ) CLEAR UP/RECOVERED PROPERTY

**2. OFFENSE / INCIDENT:** Stolen M/V

**3. LOCATION OF OFFENSE (House No. and Street):** P.T. Barnum Bldg #8

**4. VICTIMS NAME (Last, First, Middle) (If Firm, Name):**

**5. DATE OF OCCURRENCE:** 08-8-02

**6. VICTIM'S ADDRESS:**

**7. INCIDENT NO.:** #142

**8. INVESTIGATIVE CASE NO.:**

**BLOCK #**

notified by a witness Arlene Mitchell that she observed Rodriguez travel onto Butler north and stop the car where he then ran out of the vehicle and across the lot into the "Compare" food market located at 1415 Fairfield Ave. R/o proceeded to notify dispatch of the information and after securing the vehicle assisted by numerous patrol units proceeded to the market.

At the market R/o was advised by numerous parties that they observed a male quickly enter the store wearing gray sweat shirt and dark colored jeans with dreads, which matched Rodriguez's description and proceed to the bathroom. R/o along with cover units and B-1 Sgt. Jiminez now at the bathroom door attempted to get Rodriguez to come out but he stated he was using the bathroom and refused to exit. Rodriguez could be heard moving items within the bathroom and believed to be attempting to barricade himself within the room. Sgt. Jiminez now retrieved keys from the store manager and was able to gain entry. Upon entering the bathroom R/o immediately recognized the male to be Rodriguez and he was taken into custody. Once in custody he was patted down - no items recovered, and transported to booking for processing.

The vehicle which was recovered at Butler Ave. was towed by B-13, Off. Duran with Nunes - South.

Rodriguez was charged with:
Criminal Trover 2nd 53a-126b; Larceny 2nd 53a-123; Interfering w/ Police 53a-167a and a bond of $15,000 was set.

He was also charged with: Reckless Operation 14-222a and issued summons # MA808539 and Engage Police in Pursuit 14-223a a bond of $10,000 was set.

**9. REPORTING OFFICER:** P/o D. Martinez
**CAD. NO.:** 693
**10. DATE REPORT PREPARED:** 8-8-02
**PAGE** 3 **OF** 4

**11. SUPERVISOR'S REVIEW:** Sgt E. Green
**CAD. NO.:** 1462
( ) CONCUR  RECOMMEND

# DEPARTMENT OF POLICE
# BRIDGEPORT, CONNECTICUT
## SUPPLEMENTAL REPORT

1. REPORT TYPE: (X) NARRATIVE CONTINUATION  ( ) ADDITIONAL INFORMATION  ( ) INVESTIGATIVE PROGRESS  ( ) CLEAR UP/RECOVERED PROPERTY
2. OFFENSE / INCIDENT: Stolen MV
3. LOCATION OF OFFENSE (House No. and Street): P.T Barnum Bldg #8
4. VICTIM'S NAME (Last, First, Middle) (If Firm, Name):
5. DATE OF OCCURRENCE: 8-8-02
6. VICTIM'S ADDRESS:
7. INCIDENT NO.: 142
8. INVESTIGATIVE CASE NO.:

BLOCK #

He was also given an infraction #K961527-4 for: Operating w/o License 14.36a and Dis Obey. Signal of Officer 14.223a in the amount of $221.00.

The vehicle recovered at the scene was found to be taken out of Waterbury and they were notified by CP#28 with locate # 2189080 at 1322 hrs.

In backing Rodriguez was also found to have an outstanding warrant out of Rocky Hill for Conspiracy at Larceny 3rd. They were also notified by CP#28 with a locate #2189083 @ 1324 hrs.

9. REPORTING OFFICER: P/o D. Martinez  CAD. NO.: 693
10. DATE REPORT PREPARED: 8-8-02
PAGE 4 OF 4
11. SUPERVISOR'S REVIEW: (X) CONCUR  ( ) RECOMMEND