UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARIA RODRIGUEZ, suing as the mother and next friend of ANGEL RODRIGUEZ** | : | |
| Plaintiff, | : | CIV. NO. 3:02CV1521 (PCD) |
| vs. | : | |
| **POLICE OFFICER PARIS and POLICE OFFICER KING** | : | |
| Defendants | : | OCTOBER 1, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**"DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ORDER"**

☒ This document has not been filed electronically because:
☐ the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS

By: *Barbara B. [signature]*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647
Fed. Bar #05746

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 1ST day of October, 2004, to:

**John R. Williams, Esq.**
**51 Elm Street, Suite 409**
**New Haven, CT 0610**

*Barbara B. [signature]*
Barbara Brazzel-Massaro
Commissioner of the Superior Court