UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARIA RODRIGUEZ, suing as the mother and next friend of ANGEL RODRIGUEZ** : | |
| Plaintiff, : | CIV. NO. 3:02CV1521 (PCD) |
| vs. : | |
| **POLICE OFFICER PARIS and POLICE OFFICER KING** : | |
| Defendants : | OCTOBER 6, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**"DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION IN LIMINE DATED OCTOBER 4, 2004"**

This document has not been filed electronically because:
☒ the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

BMF04141                                    1

THE DEFENDANTS

By: /s/ Barbara B. Massaro
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647
Federal Bar #05746

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been hand delivered on this 6th day of October, 2004, to:

**John R. Williams, Esq.**
**51 Elm Street, Suite 409**
**New Haven, CT  0610**

/s/ Barbara B. Massaro
Barbara Brazzel-Massaro

BMF04141                                        2