# DISTRICT OF CONNECTICUT

Maria Rodriguez, suing as the mother and next friend of ANGEL RODRIGUEZ

v.

POLICE OFFICER PARIS and POLICE OFFICER KING

**APPEARANCE**

CASE NUMBER: 3:02CV1521 (PCD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Defendants, Police Officer Paris and Police Officer King

Date: 10/06/04

Signature: [signed]

ct 20790
Bar Number

Print Name: CHRISTINE D. BROWN

Firm Name: OFFICE OF THE CITY ATTORNEY FOR CITY OF BRIDGEPORT

Address: 999 BROAD STREET

City: BRIDGEPORT    State: CT    Zip Code: 06604

Phone Number: (203) 576-7647

I hereby certify that copies have been mailed/handed to counsel of record as listed below, this date

Signature: [signed]