AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF ___CONNECTICUT___

Maria Rodriguez
v.
C. Paris, et al

Pltf's ~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 3.02cv1521 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | Katrena Engstrom | Barbara Brazzel-Massaro |
| TRIAL DATE(S) 10/6/04, 10/7/04 | COURT REPORTER Sherman / Falcone | COURTROOM DEPUTY P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 10/6/04 | | | Detective Eric King, Bridgeport, Ct |
| ✓ | | 10/6/04 | | | Daniel Cartagena, Bridgeport, Ct |
| ✓ | | 10/6/04 | | | Sgt. Charles Paris, Bridgeport, Ct |
| ✓ | | 10/6/04 | | | Angel Rodriguez, Bridgeport, Ct |
| ✓ | | 10/6/04 | | | Maria Rodriguez, Bridgeport, Ct |
| | | | | | |
| | | | | | United States District Court District of Connecticut FILED AT NEW HAVEN |
| | | | | | OCT 7 2004 |
| | | | | | Kevin F. Rowe, Clerk |
| | | | | | P.A. Villano Deputy Clerk |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages