# United States District Court
## DISTRICT OF CONNECTICUT

Maria Rodriguez
v.
C. Paris, et al

Pltf's EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:02cv1521(PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | Katrena Engstrom | Barbara Brazzel Massaro |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/6/04, 10/7/04 | Sherman/Falcone | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/6/04 | | Full | Photos of plaintiff's injuries |
| 2 | | 10/6/04 | | Full | Photo " " " |
| 3 | | 10/6/04 | | Full | Photo " " " |
| 4 | | 10/6/04 | | Full | Photo " " " |
| 5 | | 10/6/04 | | Full | Photo " " " |
| 6 | | 10/6/04 | | Full | Police Incident Report |
| 7 | | 10/6/04 | | Full | Radiology Bill |
| 8 | | 10/6/04 | | Full | Bill from St. Vincent's Med Ctr |

District of Connecticut
FILED AT NEW HAVEN
Oct 7 2004
Kevin F. Rowe, Clerk
P. Q. Villano
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages