# United States District Court

**DISTRICT OF CONNECTICUT**

Maria Rodriguez
v.
C. Paris, et al

Defts' ~~Exhibit and~~ WITNESS LIST

CASE NUMBER: 3:02cv1521 (PCD)

| | | | | |
|---|---|---|---|---|
| PRESIDING JUDGE<br>Peter C. Dorsey | PLAINTIFF'S ATTORNEY<br>Katrena Engstrom | DEFENDANT'S ATTORNEY<br>Barbara Brazzel-Massaro |
| TRIAL DATE(S)<br>10/6/04, 10/7/04 | COURT REPORTER<br>Sherman / Falcone | COURTROOM DEPUTY<br>P Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 10/6/04 | | | Officer David Uliano, Bridgeport, CT |

*United States District Court*
*District of Connecticut*
*FILED AT NEW HAVEN*
*OCT 7 2004*
*Kevin F. Rowe, Clerk*
*By P. A. Villano, Deputy Clerk*

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages