AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF **CONNECTICUT**

Maria Rodriguez

v.

C. Paris, et al

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:02cv1521 (PCD)

| PRESIDING JUDGE Peter C. Dorsey | PLAINTIFF'S ATTORNEY Katrena Engstrom | DEFENDANT'S ATTORNEY Barbara Brazzel-massaro |
| --- | --- | --- |
| TRIAL DATE(S) 10/6/04 10/7/04 | COURT REPORTER Sherman / Falcone | COURTROOM DEPUTY P. Villano |

| Court PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 1 | | 10/7/04 | | | Instructions To The Jury |
| 2 | | 10/7/04 | | | note from Jury |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | United States District Court District of Connecticut FILED AT NEW HAVEN Oct 7 2004 Kevin F. Rowe, Clerk P.A. Villano Deputy Clerk |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages