United States District Court
District of Connecticut
FILED AT          NEW HAVEN

OCT 7 2004

Kevin F. Rowe, Clerk
By P.A. Vulano
Deputy Clerk

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Maria RODRIGUEZ, suing as the mother :
and next friend of Angel RODRIGUEZ, :
    Plaintiff, :
                                   : Case No: 3:02cv1521 (PCD)
vs. :
                                   :
C. PARIS and F. KING, :
    Defendants. :

## VERDICT FORM

**I.   Excessive Force:**

    **A.   Liability**

        A1.   Do you find that Plaintiff has proved by a preponderance of evidence that his right under the United States Constitution to be free from excessive force was violated?

            By   C. Paris   Yes _____   No __X__
            By   F. King    Yes _____   No __X__

        A2.   If you answered "No" with respect to either individual in Interrogatory IA1, you should not consider them with respect to any other question that follows. If you answered "No" to both individuals listed, then your deliberations are complete. Please have the jury foreperson fill in, sign, and date this verdict form.

    **B.   Damages**

        B1.   For each part of Interrogatory IA1 (excessive force) you have answered "yes," what amount of compensatory damages has Plaintiff proved were proximately caused by that federal constitutional violation?

            $ _____

B2. For each part of Interrogatory IA1 you have answered "yes," and if Plaintiff has not proved entitlement to compensatory damages, what amount of nominal damages do you award as to the claim you have found proved but did not find a proven amount of compensatory damages?

$_____

B3a. For each part of Interrogatory IA1 you have answered "yes," do you find that either of Defendants' conduct which violated Plaintiff's rights was done willfully, recklessly, maliciously, or oppressively?

| | | |
|---|---|---|
| C. Paris | Yes _____ | No _____ |
| F. King | Yes _____ | No _____ |

B3b. For each Defendant you have answered "yes" in Interrogatory IB3a, what what amount of punitive damages do you award as to each Defendant?

| | |
|---|---|
| C. Paris | $_____ |
| F. King | $_____ |

**Your deliberations are complete. Please have the jury foreperson fill in, sign, and date this verdict form.**

_____
Foreperson

October 7, 2004
Date

2