UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIA RODRIGUEZ, SUING AS THE
MOTHER AND NEXT FRIEND OF
ANGEL RODRIGUEZ

    v.                                          Civil No.  3:02 cv 1521 (PCD)

C. PARIS AND F. KING

## **J U D G M E N T**

This matter came on for trial before a jury and the Honorable Peter C. Dorsey, Senior United States District Judge.  On October 7, 2004, after deliberation, the jury returned a verdict for the defendants, C. Paris and F. King.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants, C. Paris and F. King and the case is closed.

Dated at New Haven, Connecticut, this 7th day of October, 2004.

                                          KEVIN F. ROWE, Clerk
                                        By

                                        /s

                                        Patricia A. Villano
                                        Deputy Clerk

EOD: _____