UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Maria RODRIGUEZ, suing as the mother and next friend of Angel RODRIGUEZ,    Plaintiff, | : : : : |
| vs. | : Case No: 3:02cv1521 (PCD) : : |
| C. PARIS and F. KING,    Defendants. | : : |

## ORDER

Plaintiff filed a Motion for Order [Doc. 45] requesting permission for Angel Rodriguez to wear street clothes and be free from shackles at trial. The Motion was **granted**. Plaintiff also filed a motion in limine [Doc. No. 48] to preclude the admission at trial of exhibits or testimony concerning Angel Rodriguez's arrests. Per the resolution of this Motion in court and on the record, the Motion was **granted**, except as to otherwise proper impeachment uses.

SO ORDERED.

Dated at New Haven, Connecticut, October  8 , 2004.

/s
Peter C. Dorsey, U.S. District Judge
United States District Court